THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SUITS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CASE NO. C16-5476 JCC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation (Dkt. No. 18) of the Honorable J. Richard Creatura, United States Magistrate Judge, regarding the Defendant's stipulated motion to remand. (Dkt. No. 17.) The Court, having reviewed the Report and Recommendation, Defendant's stipulated motion to remand, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 18);

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration consistent with the Report and Recommendation;

(3) The Clerk is respectfully directed to enter Judgment and close this case.

//

1   DATED this 9th day of December 2016.

2

3

4

5

6

7                                             _____
                                              John C. Coughenour
8                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2